UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by **PG** D.C.

FEB 08 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>U. S. Department of Labor,<br><br>        Plaintiff,<br><br>        v.<br><br>DANIEL P. WALSH, DAVID<br>HARRIS, STEPHEN PALLISTER,<br>WINDJAMMER BAREFOOT<br>CRUISES, LTD. and<br>WINDJAMMER BAREFOOT<br>CRUISES, LTD. 401(K) PLAN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FILE NO. 1:10-CV-34055-UU<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ACCOUNTING AND MOTION FOR RELEASE AND DISCHARGE OF
THE INDEPENDENT FIDUCIARY OF THE WINDJAMMER
BAREFOOT CRUISES, LTD. 401(K) PLAN**

Pursuant to the November 20, 2012 Order of this Court (D.E. # 38), Jeanne Barnes Bryant was appointed as Independent Fiduciary (hereafter referred to as "Independent Fiduciary") for Windjammer Barefoot Cruises, Ltd. 401(K) Plan (hereafter referred to as "the Plan"), to carry out the terms

of the Order. Pursuant to this Order, the Independent Fiduciary completed all distributions to participants by December 31, 2014 and filed the Plan's final Form 5500 in October 2015. The Plan is fully distributed and is now terminated. Attached is a Statement of Net Assets reflecting distributions and disbursements.

There being no further actions or activities required, the Independent Fiduciary respectfully moves for release and discharge.

Respectfully submitted,

Jeanne Barnes Bryant (TN. License 5835)
Independent Fiduciary
Windjammer Barefoot Cruises Ltd. 401(K) Plan
1101 Kermit Drive, Suite 735
Nashville, TN 37217
Telephone: 615-370-0051
Fax:   615-373-4336

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion has been or will be mailed and/or faxed if number available by the 1st day of Feb., 2016 to the parties listed below:

Stanley E. Keen
Regional Solicitor
Robert M. Lewis
Counsel for ERISA
Carla M. Casas
Jeremy K. Fisher
Trial Attorneys
Office of the Solicitor
United States Department of Labor
61 Forsyth Street, S.W., Room 7T10
Atlanta, GA 30303
*Counsel to U.S. Secretary of Labor*

Paul A. Leder
Richards Kibbe & Orbe, LLP
701 8th Street, NW
Washington, DC 20001
*Counsel to Defendant David Harris*

Grace M. Mora
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
*Counsel to Defendant David Harris*

Daniel P Walsh
17600 SW 89 Ct.
Palmetto Bay, FL 33157
*Pro-se Defendant*

BY: _____

Jeanne Barnes Bryant
Independent Fiduciary

WINDJAMMER BAREFOOT CRUISES
SCHEDULE OF RECEIPTS, DISBURSEMENTS AND NET ASSETS

| | FOR THE PERIOD | | |
|---|---|---|---|
| RECEIPTS | 4/1/2013 9/30/2015 | 10/1/2015 12/31/2015 | 4/1/2013 12/31/2015 |
| 4100-INTEREST INCOME | 48.35 | - | 48.35 |
| 4800-OTHER RECEIPTS | - | | - |
| 4910-EXP REIMB | - | - | - |
| TOTAL REVENUE | 48.35 | - | 48.35 |
| DISBURSEMENTS | | | |
| FEES | | | |
| 5695-INDEPENDENT FIDUCIARY FEES | 2,010.00 | - | 2,010.00 |
| 5400-LEGAL FEES | - | | - |
| 5610-CONTRACT LABOR | 5,866.75 | 308.00 | 6,174.75 |
| TOTAL FEES | 7,876.75 | 308.00 | 8,184.75 |
| OTHER EXPENSES: | | | |
| 5500-RMI OVERHEAD REIMBURSEMENT | 1,081.85 | 30.80 | 1,112.65 |
| 5697-OTHER FEES | 29.70 | - | 29.70 |
| 6060-RENT | 614.95 | - | 614.95 |
| 6190-EQUIPMENT MAINTENANCE | 0.70 | - | 0.70 |
| 6215-COPIES POSTAGE & SHIPPING | 350.72 | - | 350.72 |
| 6220-TELEPHONE & INTERNET | 28.00 | - | 28.00 |
| 6230-OFFICE SUPPLIES | - | | - |
| 6250-PRINTING | - | | - |
| 6260-STORAGE | - | | - |
| 6270-MOVING EXPENSE | - | | - |
| 6290-UTILITIES | - | | - |
| 6299-MISC EXPENSE | - | | - |
| 6325-BANK CHARGES | 117.04 | - | 117.04 |
| 6330-COURT COSTS | - | | - |
| 6340-INSURANCE | 200.00 | - | 200.00 |
| 6350-TRAVEL | - | | - |
| TOTAL OTHER EXPENSES | 2,422.96 | 30.80 | 2,453.76 |
| TOTAL EXPENSES | 10,299.71 | 338.80 | 10,638.51 |
| NET RECEIPTS LESS DISBURSEMENTS | (10,251.36) | (338.80) | (10,590.16) |
| SCHEDULE OF CHANGE IN NET ASSETS | | | |
| FUND BALANCE RECEIVED | 107,804.75 | - | 107,804.75 |
| NET RECEIPTS LESS DISBURSEMENTS | (10,251.36) | (338.80) | (10,590.16) |
| DISTRIBUTIONS PAID | (98,489.75) | - | (98,489.75) |
| CLAIMS PAYABLE | - | - | - |
| NET ASSETS | (936.36) | | (1,275.16) |

1/29/2016 14:06

| | | | |
|---|---|---|---|
| TOTAL ASSETS | | (153.56) | (997.30) |
| TOTAL LIABILITIES | | (782.80) | (277.86) |
| NET ASSETS | | (936.36) | (1,275.16) |

RMI EXP RECOVERABLE WINDJAMMER
10/1/15 Through 12/31/15

1/29/16                                                                                                Page 1

| Category Description | 10/1/15-<br>10/31/15 | 11/1/15-<br>11/30/15 | 12/1/15-<br>12/31/15 | OVERALL<br>TOTAL |
|---|---:|---:|---:|---:|
| **5100 FEES RMI** | | | | |
| 5610-CONTRACT LABOR | | | | |
| RMI-CONTRACT LABOR - RMI | -275.00 | -33.00 | 0.00 | -308.00 |
| TOTAL 5610-CONTRACT LABOR | -275.00 | -33.00 | 0.00 | -308.00 |
| 5690-RMI OH EXPENSE | -27.50 | -3.30 | 0.00 | -30.80 |
| **TOTAL 5100 FEES RMI** | -302.50 | -36.30 | 0.00 | -338.80 |
| **OVERALL TOTAL** | -302.50 | -36.30 | 0.00 | -338.80 |

Receivership Management, Inc.
P. O. Box 2307
Brentwood, TN 37024

USMS INSPECTED

RECEIVED

U.S. DISTRICT COURT CLERK
US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128